### STATE v. FRANK BALLARD.

(Filed 22 March, 1944.)

APPEAL by defendant from *Williams, J.,* at November Term, 1943, of HARNETT.

Criminal prosecution tried upon indictment charging the defendant of assault with intent to commit rape.

Verdict: Guilty. Judgment: Imprisonment in the State's Prison for a term of not less than ten or more than fifteen years.

Defendant appeals, assigning error.

*Attorney-General McMullan and Assistant Attorneys-General Patton and Rhodes for the State.*

*Neill McK. Salmon for defendant.*

PER CURIAM. After a careful consideration of defendant's exceptive assignments of error, we are of opinion they are without sufficient merit to disturb the verdict below.

In the trial below, we find
No error.